Robert Ahdoot, CA Bar No. 172098
rahdoot@ahdootwolfson.com
Tina Wolfson, CA Bar No. 174806
twolfson@ahdootwolfson.com
Theodore W. Maya, CA Bar No. 223242
tmaya@ahdootwolfson.com
Bradley K. King, CA Bar No. 274399
bking@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AUDREY DIAZ SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, and DOES 1-50,<br><br>Defendants. | Case No. 3:18-cv-2381<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: April 20, 2018

*/s/ Tina Wolfson*
Robert Ahdoot
Tina Wolfson
Theodore W. Maya
Bradley K. King
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024

*Counsel for Plaintiff*