AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| AUDREY DIAZ SANCHEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, and DOES 1-50,<br><br>*Defendant(s)* | Civil Action No. 3:18-cv-2381 MEJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FACEBOOK, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tina Wolfson
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024
T: (310) 474-9111; F: (310) 474-8585
E: twolfson@ahdootwolfson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Susan Y. Soong

*Signature of Clerk or Deputy Clerk*

Date:  4/23/2018

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-2381

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **FACEBOOK, INC.**
was received by me on *(date)* **04/24/2018**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Jason Nally, Administrative Assistant**, who is designated by law to accept service of process on behalf of *(name of organization)* **CSC, the Registered Agent for Facebook, Inc.** on *(date)* **04/24/18 @ 1:50pm**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **04/24/2018**

*Server's signature*

**Mark C. Trimble, Special Designated Process Server**
*Printed name and title*

**P. O. Box 5816, Wilmington, DE 19808-0816**
*Server's address*

Additional information regarding attempted service, etc: