Orin Snyder (*pro hac vice pending*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY DIAZ SANCHEZ,<br><br>             Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.; and  CAMBRIDGE ANALYTICA LLC,<br><br>             Defendants. | CASE NO. 3:18-CV-02381-MEJ<br>**SAN FRANCISCO DIVISION**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))**<br><br>Magistrate Judge Maria-Elena James |

1  Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. and Plaintiff Audrey Diaz
2  Sanchez hereby stipulate to extend Facebook's time to respond to Plaintiffs' complaint until a
3  decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate
4  and Transfer filed in MDL No. 2843, at which point the parties will meet and confer regarding
5  deadlines to respond to plaintiffs' complaint.

**Local Rule 5-1(i)(3) Attestation**

I, Joshua S. Lipshutz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  May 4, 2018        GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Joshua S. Lipshutz*
              Joshua S. Lipshutz

*Attorneys for Defendant Facebook, Inc.*

DATED:  May 4, 2018        AHDOOT & WOLFSON, PC

By:     /s/ *Tina Wolfson*

*Attorneys for Plaintiff Audrey Diaz Sanchez*