UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUDREY DIAZ SANCHEZ,

        Plaintiff,

   v.

FACEBOOK, INC., et al.,

        Defendants.

Case No.  18-cv-02381-JSW

**SUA SPONTE REFERRAL ORDER**

Pursuant to Northern District Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge Vince Chhabria to determine if this case is related to: *Rubin v. Facebook, Inc., et al.*, 18-cv-01852-VC.

Dated: May 9, 2018

_____
JEFFREY S. WHITE
United States District Judge

Cc:  Judge Vince Chabbria