Orin Snyder (admitted *pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY DIAZ SANCHEZ, individually and on behalf of those similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA, LLC, and DOES 1-50,<br><br>              Defendants. | CASE NO. 3:18-CV-02381-VC<br>**SAN FRANCISCO DIVISION**<br><br>**SUGGESTION BY DEFENDANT FACEBOOK, INC. OF BANKRUPTCY OF DEFENDANT CAMBRIDGE ANALYTICA LLC**<br><br>U.S. District Judge Vince Chhabria |

Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018).  Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

| | |
|---|---|
| DATE: May 18, 2018 | Respectfully submitted, |
| | **GIBSON, DUNN & CRUTCHER, LLP** |
| | By: */s/ Joshua S. Lipshutz* <br> Joshua S. Lipshutz (SBN 242557) <br> jlipshutz@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5306 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 |
| | Orin Snyder (*pro hac vice*) <br> osnyder@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 <br> Telephone: 212.351.4000 <br> Facsimile: 212.351.4035 |
| | Kristin A. Linsley (SBN 154148) <br> klinsley@gibsondunn.com <br> Brian M. Lutz (SBN 255976) <br> blutz@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 555 Mission Street, Suite 3000 <br> San Francisco, CA 94105-0921 <br> Telephone: 415.393.8200 <br> Facsimile: 415.393.8306 |
| | *Attorneys for Defendant Facebook, Inc.* |